**LITTLER MENDELSON, P.C.**
Matthew J. Hank, NJ Bar No. 405482022
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA  19102
(267) 402-3054

William J. Anthony, NJ Bar No. 005101992
900 Third Avenue
New York, NY 10022-3298
(212) 471-4404

Katelyn W. McCombs, PA Bar No. 323746*
One PPG Place, Suite 2400
Pittsburgh, PA  15222
(412) 201-7641
*Admitted *Pro Hac Vice*

*Attorneys for Defendant*
*Avis Budget Group, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FEYZULLAH KAYNAROGLU and CIARA RODRIGUEZ, on behalf of themselves and all other similarly situated employees,<br><br>    Plaintiffs,<br><br>      v.<br><br>AVIS BUDGET GROUP, INC.,<br><br>    Defendant. | Civil Action No. 2:24-cv-06828<br><br>**STIPULATION AND CONSENT ORDER EXTENDING TIME FOR DEFENDANTS TO PRODUCE COLLECTIVE NOTICE LIST** |

**WHEREAS**, the Court ordered Defendant Avis Budget Group, Inc. ("Avis"

or "Defendant") to provide a list to Plaintiffs' Counsel of proposed collective

4931-9480-5043

members in a data manipulable format, including certain information needed to issue notice (the "Collective Notice List"), by April 10, 2025 (ECF No. 48);

**WHEREAS**, the Court further ordered the parties to meet and confer over a number of matters related to notice being issued, including the format of the notice, whether the parties shall engage a third-party administrator to issue the notice to the putative collective members, and whether notice may be issued to putative collective members who voluntarily executed a Mutual Arbitration Agreement with Avis, by April 25, 2025 (ECF No. 48);

**WHEREAS**, the parties have conferred and continue to confer regarding the format, sender, and recipients of the notice;

**WHEREAS**, Avis requests, and Plaintiffs consent, to an extension of time to provide the Collective Notice List;

**NOW THEREFORE**, the parties, through their undersigned counsel as designated below, hereby stipulate and agree that the time within which Avis must provide the Collective Notice List is extended to May 9, 2025, and such list shall be provided to a third-party administrator rather than counsel for Plaintiffs. Defendant shall pay the costs of the third-party administrator.  The parties shall solicit bids from at least three administrators and shall agree upon an administrator. For each individual who submits a consent to join form, Plaintiffs' counsel shall receive, from the administrator, their name, dates and locations of employment as Operations

2

4931-9480-5043

Managers, and last known addresses, telephone numbers, and e-mail addresses. Plaintiffs reserve their right to seek contact information from putative class members through discovery.

Dated:  April 9, 2025

Respectfully submitted,

**GREEN SAVITS, LLC**

/s/ Michael Palitz
Glen D. Savits
gsavits@greensavits.com
GREEN SAVITS, LLC
25B Vreeland Road #207
Florham Park, NJ 07932
Tel.: (973) 695-777

Justin M. Swartz*
jswartz@outtengolden.com
Emma R. Janger*
ejanger@outtengolden.com
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, NY 10017
Tel.: (212) 245-1000

Michael Palitz
mpalitz@shavitzlaw.com
SHAVITZ LAW GROUP, P.A.
477 Madison Avenue, 6th Floor
New York, NY 10022
Tel.: (800) 616-4000
*Admitted Pro *Hac Vice*

*Attorneys for Plaintiffs*

**LITTLER MENDELSON, P.C.**

/s/ Matthew J. Hank
Matthew J. Hank
NJ Bar No. 405482022
mhank@littler.com
LITTLER MENDELSON, P.C.
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA  19102
(267) 402-3054 (tel)
(267) 402-3131 (fax)

William J. Anthony
NJ Bar No. 005101992
wanthony@littler.com
LITTLER MENDELSON, P.C.
900 Third Avenue
New York, NY 10022-3298
(212) 471-4404 (tel)
(212) 832-2719 (fax)

Katelyn W. McCombs
PA Bar No. 323746*
kmccombs@littler.com
LITTLER MENDELSON, P.C.
One PPG Place, Suite 2400
Pittsburgh, PA  15222
(412) 201-7641 (tel)
(412) 774-2296 (fax)
*Admitted *Pro Hac Vice*

3

4

*Attorneys for Defendant*
*Avis Budget Group, Inc.*

**SO ORDERED:**

_____    Date: _____, 2025

4931-9480-5043