**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| FEYZULLAH KAYNAROGLU and CIARA RODRIGUEZ, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> AVIS BUDGET GROUP, INC., <br><br> Defendant. | Civil Action No. 2:24-cv-06828-BRM-AME <br><br><br> Judge Brian R. Martinotti |

## PLAINTIFFS' UNOPPOSED MOTION FOR SETTLEMENT APPROVAL

For the reasons set forth in Plaintiffs' Memorandum of Law in Support of their Unopposed Motion for Settlement Approval and set forth in the Declaration of Justin M. Swartz ("Swartz Declaration"), Plaintiffs respectfully request that the Court:

1.      Approve the $1,795,000 Maximum Gross Settlement Amount[1] as fair, adequate, and reasonable;

2.      Grant final certification of the Putative Settlement Collective for settlement purposes only;

3.      Authorize the distribution of the Notice Packet, in accordance with the terms of the Settlement Agreement;

4.      Approve service awards of $8,000 per Named Plaintiff;

5.      Approve Plaintiffs' request for one-third of the Maximum Gross Settlement

---

[1]      All capitalized terms are defined in the Settlement Agreement, attached as Exhibit A to the Swartz Declaration.  The Notice and Claim Form are attached as Exhibit 2 to the Settlement Agreement.

Amount in attorneys' fees and $25,000 in expenses;

6.    Enjoin Participating Settlement Collective Members from pursuing any released claims in the future;

7.    Dismiss the litigation with prejudice; and

8.    Retain jurisdiction to enforce the Settlement Agreement.

Dated: May 19, 2026

Respectfully submitted,

*/s/ Glen D. Savits*
Glen D. Savits
GREEN SAVITS, LLC
25B Vreeland Road #207
Florham Park, NJ 07932
Tel.: (973) 695-7777
Email: gsavits@greensavits.com

Justin M. Swartz*
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, NY 10017
Tel.: (212) 245-1000
Email: jswartz@outtengolden.com

Michael Palitz
SHAVITZ LAW GROUP, P.A.
477 Madison Avenue, 6th Floor
New York, NY 10022
Tel.: (800) 616-4000
Email: mpalitz@shavitzlaw.com

Gregg I. Shavitz*
SHAVITZ LAW GROUP, P.A.
951 Yamato Road, Suite 285
Boca Raton, FL 33431
Tel.: (561) 447-8888
Email: gshavitz@shavitzlaw.com

*Admitted pro hac vice

*Attorneys for Plaintiffs and the Collective*

2